BOARD OF COMMISSIONERS OF THE COUNTY OF MADISON *v.* BOLAND, ADMINISTRATOR.

[No. 9,908.  Filed June 5, 1919.]

From Delaware Superior Court; *Robert W. Van Atta*, Judge.

Hammerton v. J. R. Watkins Medical Co.—70 Ind. App. 714.

Action between the Board of Commissioners of the County of Madison and Daniel L. Boland, executor of the estate of William Boland, deceased. From the judgment rendered, the former appeals. *Appeal dismissed.*

*Walter Vermillion,* for appellant.
*Leffler, Ball & Needham* and *Bagot & Free,* for appellee.

PER CURIAM.—Appellant's brief in this case is in substantially the same condition as was the brief in the cause of *Palmer* v. *Beall* (1915), 60 Ind. App. 208, 110 N. E. 218, and the brief in the cause of *Curry* v. *City of Evansville* (1914), 56 Ind. App. 143, 104 N. E. 978. On authority of those cases, this appeal is dismissed.